LODGED
MAY 17 2018
Clerk, U.S. District Court
District Of Montana
Great Falls

FILED
MAY 23 2018
Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br>vs.<br><br>ADRIANNA E. BLUE<br><br>Defendant. | Citation Number: 7391753, M12<br><br>ORDER |

Upon motion of the United States and for good cause shown,

IT IS HEREBY ORDERED that the Mandatory Appearance by Defendant in the above case is VACATED. In addition, the collateral for the above citation is SET at the amount of $70, in addition to the mandatory $30 processing fee.

DONE AND DATED this 23 day of May, 2018.

HONORABLE JOHN T. JOHNSTON
UNITED STATES MAGISTRATE JUDGE

SCANNED

CERTIFICATE OF MAILING
DATE 5-24-18 BY MS
I hereby certify that a copy of this order was mailed to
MAFB
e-mailed to Ms. Blue

-1-